UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL O'CONNOR MAXWELL KERINS,

        Plaintiff ,

    v.

JOHN ASH, BENICIA HARBOR CORP., BENICIA MARINA, DOES 1-50,

        Defendants.

_____/

NO. CIV. S-08-704 LKK/KJM

O R D E R

    A status conference was held in chambers on June 23, 2008. After hearing, the court orders as follows:

    1.    A further status conference is set for August 11, 2008 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: June 24, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1