1  HENRY D. LEDERMAN, Cal. Bar No. 079498
   CODY JAFFE, Cal. Bar No. 215301
2  LITTLER MENDELSON
   A Professional Corporation
3  Treat Towers
   1255 Treat Boulevard
4  Suite 600
   Walnut Creek, CA  94597
5  Telephone:    925.932.2468
   E-mail: cjaffe@littler.com
6
   Attorneys for Defendants
7  JOHN ASH
   BENICIA HARBOR CORPORATION DBA
8  BENICIA MARINA

9  EDWARD F. CULLEN, Cal. Bar No. 133155
   WILLIAMS, PINELLI & CULLEN
10 110 North Third Street
   San Jose, CA  95112
11 Telephone: 408-288-3863
   Email: efcullen@wpclaw.com
12
   Attorneys for Plaintiff
13 MICHAEL O'CONNOR MAXWELL KERINS

14

15

16                        UNITED STATES DISTRICT COURT

17                        EASTERN DISTRICT OF CALIFORNIA

18 | MICHAEL O'CONNOR        | Case No. 2:08-CV-00704-LKK-KJM
   | MAXWELL KERINS,         |
19 |                         |
   |         Plaintiff,      | **STIPULATION AND ORDER FOR**
20 |                         | **REMAND OF CASE TO SOLANO**
   |    v.                   | **COUNTY SUPERIOR COURT**
21 |                         |
   | JOHN ASH, BENICIA HARBOR|
22 | CORP., BENICIA MARINA, DOES |
   | 1-50,                   |
23 |                         |
   |         Defendants.     |
24

25        Plaintiff Michael O'Connor Maxwell Kerins ("Plaintiff") and Defendants John Ash and

26 Benicia Harbor Corporation dba Benicia Marina (incorrectly sued as separate entities)

27 ("Defendants"), by and through their authorized counsel of record, hereby stipulate and agree as

28 follows:

---
STIPULATION AND [PROPOSED] ORDER
FOR REMAND OF CASE TO SOLANO
COUNTY SUPERIOR COURT

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**WHEREAS**, on or around February 22, 2008, Plaintiff filed this action in the Superior Court of the State of California, in and for the County of Solano, Case No. FCS030993, including a claim for relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII");

**WHEREAS**, after filing an Answer to the Complaint, based on this Court's "federal question" jurisdiction, Defendants properly removed the action from State court to this Court;

**WHEREAS**, on or around June 13, 2008, Plaintiff filed a First Amended Complaint substantially similar to the original Complaint, except omitting the Title VII claim, which was Plaintiff's sole federal claim; and

**WHEREAS**, despite Plaintiff's failure to obtain the Court's or Defendants' permission to file an amended complaint, the parties agree that the First Amended Complaint shall be considered the operative complaint going forward and further agree that absent any federal claims, the action is appropriate for remand to State Court;

**THEREFORE,** the parties agree and stipulate that the action immediately should be remanded to the Solano County Superior Court for further proceedings.

**IT IS SO STIPULATED**.

Dated: July 23, 2008

/s/      Cody Jaffe
CODY JAFFE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
JOHN ASH
BENICIA HARBOR CORPORATION DBA
BENICIA MARINA

Dated: July 23, 2008

/s/      Edward F. Cullen
EDWARD F. CULLEN
Williams, Pinelli & Cullen
Attorneys for Plaintiff
MICHAEL O'CONNOR MAXWELL
KERINS

2.

STIPULATION AND [PROPOSED] ORDER
FOR REMAND OF CASE TO SOLANO
COUNTY SUPERIOR COURT

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**ORDER**

GOOD CAUSE APPEARING THEREFORE, this action shall be remanded to the Superior Court of California in and for the County of Solano, for further proceedings.

It is so **ORDERED**.

Dated: July 24, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER FOR REMAND OF CASE TO SOLANO COUNTY SUPERIOR COURT   3

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER FOR REMAND OF CASE TO SOLANO COUNTY SUPERIOR COURT

4.